UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ, on his own behalf and
on behalf of all other individuals similarly
situated,

        Plaintiff,                       CASE NO. 1:16-cv-21903-KMW

v.

MONTBLANC NORTH AMERICA, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Montblanc North America[1] hereby gives notice to the Court that the parties have settled through informal settlement efforts all of Plaintiff Andres Gomez's claims related to all websites, applications, and social media owned or operated by Richemont North America, Inc. and all of its subsidiaries and affiliates (including Defendant),[2] including all websites, applications, and social media relating to Alaïa, Baume & Mercier, Cartier, Chloé, Dunhill, IWC, Jaeger-LeCoultre, Lancel, Lange & Söhne, Montblanc, Panerai, Peter Millar, Piaget, Purdey, RLWJ, Roger Dubuis, Shanghai Tang, Vacheron Constantin, and Van Cleef & Arpels.

The settlement in this matter is the result of a compromise, and shall not be construed as an admission by Defendant, Richemont North America, Inc., or any of Richemont North America, Inc.'s subsidiaries or affiliates of any liability, wrongdoing, or responsibility on their

---

[1] Montblanc North America, LLC is no longer active. The correct entity is Montblanc North America, a division of Richemont North America.

[2] For the purposes of this Notice of Settlement, "affiliate" means any entity that controls, is controlled by, or is under common control, either directly or indirectly, with Richemont North America, Inc., and includes any entity that is directly or indirectly controlled by Compagnie Financière Richemont SA.

DB1/ 88267662.2

part or on the part of their predecessors, successors, parents, subsidiaries, affiliates, members, attorneys, officers, directors, or employees. Indeed, Defendant, Richemont North America, Inc., and Richemont North America, Inc.'s subsidiaries and affiliates expressly deny any such liability, wrongdoing, or responsibility.

Dated this 11th day of July, 2016.

Respectfully submitted,

/s/ Beth S. Joseph
Anne Marie Estevez
 Florida Bar No. 991694
 Email: annemarie.estevez@morganlewis.com
Beth S. Joseph
 Fla. Bar No. 0062952
 Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: (786) 431-1333
inbox@dininlaw.com

*Counsel for Plaintiff*

                                      */s/ Beth S. Joseph*
                                      Beth S. Joseph